

```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #: _____
                                            DATE FILED: _11/4/2022_
```

Melissa Friedland
212.497.8498 direct
212.583.9600 main
mfriedland@littler.com

November 4, 2022

**BY ECF**

Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Sheldon Goldstein v. Montefiore Medical Center, and Matthias Eikermann, 22-cv-06723 (AT)*

Dear Judge Torres:

We represent Defendants Montefiore Medical Center and Matthias Eikermann in the above-reference litigation. On November 3, 2022, we wrote with Plaintiff's counsel, pursuant to Rule 1(C) of your Honor's Individual Rules of Practice in Civil Cases, to request an adjournment of the Initial Conference scheduled for December 7, 2022 at 9:00am and an extension of time to submit the joint letter and proposed case management plan.

We write to amend our request and seek only an extension of time to submit the joint letter and case management plan that is currently due on December 6, 2022, as there is no currently no Initial Conference scheduled for December 7, 2022 at 9:00. We apologize for any confusion.

The parties currently have a mediation scheduled for December 7, 2022, pursuant to the Court's Mandatory Mediation Program. We are seeking the adjournment and request for an extension of time in order to avoid additional fees and expenses with the hope that the case will resolve at the upcoming mediation.

Thank you for your consideration.

    GRANTED. By **January 4, 2023**, the parties shall file their proposed case management plan.

    SO ORDERED. The Clerk of Court is directed to terminate the motions at ECF Nos. 16 and 17.

Dated: November 4, 2022
        New York, New York

                                            ANALISA TORRES
                                            United States District Judge