```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheldon Goldstein,

                Plaintiff,

-against-

Montefiore Medical Center and Matthias Eikermann,

                Defendants.

1:22-cv-06723 (AT) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Tuesday, January 30, 2024, at 3:00 p.m. to discuss the Joint Letter Motion filed at ECF No. 31. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:    New York, New York
            January 25, 2024

_____
STEWART D. AARON
United States Magistrate Judge