UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON GOLDSTEIN,<br><br>                    Plaintiff,<br><br>  -against-<br><br>MONTEFIORE MEDICAL CENTER, ET AL.,<br><br>                    Defendant. | 22-CV-06723 (AT)(RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Notwithstanding that the referral in this matter has been reassigned from Judge Aaron to me, the conference scheduled for **Tuesday, January 30, 2024, at 3:00 PM** shall proceed to discuss the Joint Letter Motion filed at ECF No. 31. Counsel are directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 415 465 612#.**

DATED: January 25, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge