UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON GOLDSTEIN,

                 Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER, et al.,

                 Defendant.

22-Civ.-06723 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

Pursuant to my Orders of January 30, 2024 and February 1, 2024, fact discovery is scheduled to be completed by February 26, 2024. (*See* ECF 37, 39.) Accordingly, by **February 27, 2024**, the parties will file a joint status letter confirming that fact discovery has been completed and, if not, identify the fact discovery that remains outstanding, with an explanation for the delay. The letter must also set out the schedule for depositions of expert witnesses, if there is to be any such discovery, and indicate whether a Court-annexed mediation or settlement conference would be productive.

Dated:    February 22, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge