UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHELDON GOLDSTEIN,<br><br>                    Plaintiff,<br><br>    -against-<br><br>MONTEFIORE MEDICAL CENTER, et al.,<br><br>                    Defendants. | 22-CV-06723 (AT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for March 22, 2024. Per parties' request, it is rescheduled to **Thursday, May 2, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Thursday, April 25, 2024, at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  March 7, 2024
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge