UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON GOLDSTEIN,

Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER and
MATTHIAS EIKERMANN,

Defendants.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____           │
│ DATE FILED:   11/21/2024             │
└─────────────────────────────────────┘
```

22 Civ. 6723 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated November 1 and 12, 2024. ECF Nos. 60, 62. Defendants' request to file a motion for summary judgment is GRANTED. Accordingly:

1. By **December 18, 2024**, Defendants shall file their motion;
2. By **January 31, 2025**, Plaintiff shall file his opposition; and
3. By **February 28, 2025**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: November 21, 2024
       New York, New York

ANALISA TORRES
United States District Judge