UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON GOLDSTEIN,

                Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER and
MATTHIAS EIKERMANN,

                Defendants.

Case No. 22-cv-06723

**DECLARATION OF WILLIAM J. ANTHONY**

    William J Anthony, an attorney duly admitted to practice before this Court, hereby declares as follows under the penalties of perjury:

    1.    I am an attorney with the law firm of Littler Mendelson, P.C., counsel for Defendants Montefiore Medical Center ("Montefiore") and Matthias Eikermann ("Dr. Eikermann") (collectively referred herein as "Defendants") in this action. I am fully familiar with the facts and circumstances set forth herein and make this declaration to put before the Court certain documents that are relevant to the Defendants' motion for summary judgment.

    2.    Attached hereto as **Exhibit A** is a true and correct copy of the deposition transcripts of Plaintiff, taken on May 17, 2023 and August 29, 2023.

    3.    Attached hereto as **Exhibit B** is a true and correct copy of the deposition transcripts of Dr. Matthias Eikermann, taken on January 11, 2024 and February 12, 2024.

    4.    Attached hereto as **Exhibit C** is a true and correct copy of the deposition transcript of Dr. Jonathan Leff, taken on February 15, 2024.

    5.    Attached hereto as **Exhibit D** is a true and correct copy of the deposition transcript of Dr. Amaresh Vydyanathan, taken on December 20, 2023.

6. Attached hereto as **Exhibit E** is a true and correct copy of Montefiore's non-discrimination and anti-harassment policy, produced by Plaintiff in this matter.

7. Attached hereto as **Exhibit F** is a true and correct copy of Montefiore's non-discrimination against and accommodation of individuals with disabilities policy, produced in this matter.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Plaintiff's offer letter, produced in this matter.

9. Attached hereto as **Exhibit H** is a true and correct copy of Moving up at Einstein: A Faculty Guide to Preparing For Promotion, produced in this matter.

10. Attached hereto as **Exhibit I** is a true and correct copy of Plaintiff's 2020 application from Associate Professor to Professor on the Clinician Educator Track, produced by Plaintiff in this matter.

11. Attached hereto as **Exhibit J** is a true and correct copy of email correspondence between Plaintiff and Penny Grossman, produced in this matter.

12. Attached hereto as **Exhibit K** is a true and correct copy of the minutes taken at Department of Anesthesiology Promotions Committee Meeting of June 11, 2020, produced in this matter.

13. Attached hereto as **Exhibit L** is a true and correct copy of the transcript of Dr. Naum Shaparin's presentation of the Plaintiff at the Promotions Committee Meeting, produced in this matter.

14. Attached hereto as **Exhibit M** is a true and correct copy of correspondence between Plaintiff and Dr. Leff regarding the Promotions Committee decision not to submit Plaintiff for the 2020 promotion, produced in this matter.

15. Attached hereto as **Exhibit N** is a true and correct copy of Plaintiff's 2021 application from Associate Professor to Professor on the Clinician Educator Track, produced by Plaintiff in this matter.

16. Attached hereto as **Exhibit O** is a true and correct copy of the email correspondence between Plaintiff and Dr. Shaparin, produced in this matter.

17. Annexed hereto as **Exhibit P** is a true and correct copy of email correspondence between Plaintiff and Dr. Tracey Straker, produced in this matter.

18. Annexed hereto as **Exhibit Q** is a true and correct copy of email correspondence between Plaintiff and Dr. Straker, produced in this matter.

19. Annexed hereto as **Exhibit R** is a true and correct copy of email correspondence between Plaintiff and Dr. Straker, produced in this matter.

20. Annexed hereto as **Exhibit S** is a true and correct copy of email correspondence between Plaintiff, Dr. Straker and Dr. Shaparin, produced in this matter.

21. Annexed hereto as **Exhibit T** is a true and correct copy of email correspondence regarding Plaintiff's unprofessional behavior, produced in this matter.

22. Annexed hereto as **Exhibit U** is a true and correct copy of the Adverse Event Occurrence Report with Initial Follow Up, produced in this matter.

23. Annexed hereto as **Exhibit V** is a true and correct copy of email correspondence regarding additional interactions re: Dr. Goldstein, produced in this matter.

24. Annexed hereto as **Exhibit W** is a true and correct copy of email correspondence to Andrew Felder regarding Plaintiff, produced in this matter.

25. Annexed hereto as **Exhibit X** is a true and correct copy of email correspondence regarding coaching for Plaintiff, produced in this matter.

26. Annexed hereto as **Exhibit Y** is a true and correct copy of Plaintiff's work schedule for 2021, produced in this matter.

27. Annexed hereto as **Exhibit Z** is a true and correct copy of Dr. Michael Thorpy's April 19, 2021 medical note, produced in this matter.

28. Annexed hereto as **Exhibit AA** is a true and correct copy of email correspondence regarding Plaintiff's request for a reasonable accommodation.

29. Annexed hereto as **Exhibit BB** is a true and correct copy of Montefiore's form granting Plaintiff's request for reasonable accommodation, produced by Plaintiff in this matter.

30. Annexed hereto as **Exhibit CC** is a true and correct copy of email correspondence between Andrew Felder and Plaintiff regarding Plaintiff's work schedule, produced in this matter.

31. Annexed hereto as **Exhibit DD** is a true and correct copy of Dr. Thorpy's July 1, 2021 medical note, produced in this matter.

32. Annexed hereto as **Exhibit EE** is a true and correct copy of Dr. Thorpy's December 28, 2021 medical note and related email correspondence regarding Plaintiff's work schedule, produced in this matter.

33. Annexed hereto as **Exhibit FF** is a true and correct copy of Plaintiff's work schedule for 2022, produced in this matter.

34. Annexed hereto as **Exhibit GG** is a true and correct copy of email correspondence between Plaintiff and Dr. Straker, produced in this matter.

35. Annexed hereto as **Exhibit HH** is a true and correct copy of email correspondence between Plaintiff and Dr. Straker, produced in this matter.

36. Annexed hereto as **Exhibit II** is a true and correct copy of email correspondence between Dr. Eikermann, Mr. Felder and Nancy Jacoby, produced in this matter.

37. Annexed hereto as **Exhibit JJ** is a true and correct copy of email correspondence between Dr. Eikermann, Plaintiff and Dr. Straker, produced in this matter.

38. Annexed hereto as **Exhibit KK** is a true and correct copy of email correspondence between Dr. Eikermann, Dr. Leff, Dr. Straker, Doris Poma, and Mr. Felder regarding an FPPE template for Plaintiff, produced in this matter.

39. Annexed hereto as **Exhibit LL** is a true and correct copy of email correspondence between Dr. Eikermann and Dr. Jeffrey Weiss, produced in this matter.

40. Annexed hereto as **Exhibit MM** is a true and correct copy of the October 3, 2021 Audio recording produced by Plaintiff in this matter.

41. Annexed hereto as **Exhibit NN** is a true and correct copy of the October 3, 2021 Audio recording transcript, produced in this matter.

42. Annexed hereto as **Exhibit OO** is a true and correct copy of email correspondence concerning Dr. Nicole Nevadunsky's complaint regarding Plaintiff, produced in this matter.

43. Annexed hereto as **Exhibit PP** is a true and correct copy of Plaintiff's email response to Dr. Nevadunsky's complaint, produced in this matter.

44. Annexed hereto as **Exhibit QQ** is a true and correct copy of email correspondence between Plaintiff and Gloria Kenny, produced in this matter.

45. Annexed hereto as **Exhibit RR** is a true and correct copy of the November 30, 2021 Audio recording produced by Plaintiff in this matter.

46. Annexed hereto as **Exhibit SS** is a true and correct copy of the November 30, 2021 Audio recording transcript, produced in this matter.

47. Annexed hereto as **Exhibit TT** is a true and correct copy of the FPPE, produced in this matter.

48. Annexed hereto as **Exhibit UU** is a true and correct copy of email correspondence between Plaintiff, Dr. Eikermann, Dr. Straker and Mr. Felder, produced in this matter.

49. Annexed hereto as **Exhibit VV** is a true and correct copy of email correspondence between Plaintiff, Dr. Eikermann, Dr. Straker and Mr. Felder, produced in this matter.

50. Annexed hereto as **Exhibit WW** is a true and correct copy of email correspondence between Plaintiff, Dr. Eikermann, and Dr. Straker, produced in this matter.

51. Annexed hereto as **Exhibit XX** is a true and correct copy of email correspondence between Plaintiff, Dr. Eikermann, Dr. Straker and Mr. Felder, produced in this matter.

52. Annexed hereto as **Exhibit YY** is a true and correct copy of email correspondence between Plaintiff, Dr. Eikermann, Dr. Straker and Mr. Felder, produced in this matter.

53. Annexed hereto as **Exhibit ZZ** is a true and correct copy of email correspondence between Plaintiff and Dr. Straker, produced in this matter.

54. Annexed hereto as **Exhibit AAA** is a true and correct copy of Plaintiff's response to the FPPE, produced in this matter.

55. Annexed hereto as **Exhibit BBB** is a true and correct copy of Plaintiff's resignation letter, produced in this matter.

56. Annexed hereto as **Exhibit CCC** is a true and correct copy of email correspondence between Plaintiff and Gloria Kenny, produced in this matter.

57. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 17, 2024
        New York, New York

                                                        */s/ William J. Anthony*
                                                        William J. Anthony