# EXHIBIT Z

**From:** Michael Thorpy <michael.thorpy@einsteinmed.org>
**Sent:** Monday, April 19, 2021 10:52 AM
**To:** Tracey Straker <TSTRAKER@montefiore.org>; Matthias Eikermann <meikermann@montefiore.org>
**Cc:** Sheldon Goldstein <shgoldst@montefiore.org>; Michael Thorpy <michael.thorpy@einsteinmed.org>
**Subject:** Sheldon Goldstein

Dear Dr Straker,
Please see attached a letter regard Sheldon Goldstein MD.
Thank you
Sincerely
Michael Thorpy MD

1



April 19, 2021

Re: Dr. Sheldon Goldstein


Tracey Straker, MD MS MPH  CBA FASA
Professor of Anesthesiology
Director, Division of General Anesthesia

Tracey Staker, MD, FASA

Dear Dr. Straker,

I am writing regarding Dr. Sheldon Goldstein, who is a patient of mine. Due to changes in sleep patterns after illness due to Covid, Dr. Goldstein requires regular sleep wake patterns for optimal health. He should not be taking overnight call.


Sincerely yours,

Michael J. Thorpy, M.B., Ch.B.
Professor of Neurology, Albert Einstein College of Medicine
Director, Sleep-Wake Disorders Center, Montefiore Medical Center

**Department of Neurology**
**Sleep Wake Disorders Center**
111 East 210th Street
Bronx, New York 10467

**MICHAEL J. THORPY, MD**
Director
Sleep Wake Disorders Center
718-920-4841 Office
718-798-4352 Fax

Confidential                                                                                                                                    D000768