# EXHIBIT FF

Montefiore Medical Center - Anesthesiology                                                                                                                                              Page: 1

### Jan-22 / Feb-22

| | Sat 1 | Sun 2 | Mon 3 | Tue 4 | Wed 5 | Thu 6 | Fri 7 | Sat 8 | Sun 9 | Mon 10 | Tue 11 | Wed 12 | Thu 13 | Fri 14 | Sat 15 | Sun 16 | Mon 17 | Tue 18 | Wed 19 | Thu 20 | Fri 21 | Sat 22 | Sun 23 | Mon 24 | Tue 25 | Wed 26 | Thu 27 | Fri 28 | Sat 29 | Sun 30 | Mon 31 | Tue 1 | Wed 2 | Thu 3 | Fri 4 | Sat 5 | Sun 6 | Mon 7 | Tue 8 | Wed 9 | Thu 10 | Fri 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gol dste in S | | WO Ra WO Rp | X | W | ABS | ABS | ABS | | WO Ra WO Rp | W | W | W | W3 W | W | | | | W | W | W3 W | W | VAC | VAC | VAC | MET | VAC | VAC | VAC | VAC | VAC | ABS | ABS | ABS | ABS | ABS | | | ABS | ABS | ABS | ABS | W3 W |

### Feb-22 / Mar-22

| | Sat 12 | Sun 13 | Mon 14 | Tue 15 | Wed 16 | Thu 17 | Fri 18 | Sat 19 | Sun 20 | Mon 21 | Tue 22 | Wed 23 | Thu 24 | Fri 25 | Sat 26 | Sun 27 | Mon 28 | Tue 1 | Wed 2 | Thu 3 | Fri 4 | Sat 5 | Sun 6 | Mon 7 | Tue 8 | Wed 9 | Thu 10 | Fri 11 | Sat 12 | Sun 13 | Mon 14 | Tue 15 | Wed 16 | Thu 17 | Fri 18 | Sat 19 | Sun 20 | Mon 21 | Tue 22 | Wed 23 | Thu 24 | Fri 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gol dste in S | | | W | W | W3 W | W | W | M2 MO Ra | M2 WO Ra | M2 | W | W W3 | W | W3 W | | | W | W | W3 W | W | M3 M | | | W | W3 W | W | W | W | | | W | M3 M | M | MET | MET | MET | MET | W3 W | W | W | ABS | ABS |

### Mar-22 / May-22

| | Sat 26 | Sun 27 | Mon 28 | Tue 29 | Wed 30 | Thu 31 | Fri 1 | Sat 2 | Sun 3 | Mon 4 | Tue 5 | Wed 6 | Thu 7 | Fri 8 | Sat 9 | Sun 10 | Mon 11 | Tue 12 | Wed 13 | Thu 14 | Fri 15 | Sat 16 | Sun 17 | Mon 18 | Tue 19 | Wed 20 | Thu 21 | Fri 22 | Sat 23 | Sun 24 | Mon 25 | Tue 26 | Wed 27 | Thu 28 | Fri 29 | Sat 30 | Sun 1 | Mon 2 | Tue 3 | Wed 4 | Thu 5 | Fri 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gol dste in S | | W3 W | W | W | W | M | | | | W | W3 W | W | W | W | | | W3 W | W | VAC | | | | | | | | | | | | | | | | | | | | | | | |

### May-22 / Jun-22

| | Sat 7 | Sun 8 | Mon 9 | Tue 10 | Wed 11 | Thu 12 | Fri 13 | Sat 14 | Sun 15 | Mon 16 | Tue 17 | Wed 18 | Thu 19 | Fri 20 | Sat 21 | Sun 22 | Mon 23 | Tue 24 | Wed 25 | Thu 26 | Fri 27 | Sat 28 | Sun 29 | Mon 30 | Tue 31 | Wed 1 | Thu 2 | Fri 3 | Sat 4 | Sun 5 | Mon 6 | Tue 7 | Wed 8 | Thu 9 | Fri 10 | Sat 11 | Sun 12 | Mon 13 | Tue 14 | Wed 15 | Thu 16 | Fri 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gold stei n S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Jun-22 / Jul-22

| | Sat 18 | Sun 19 | Mon 20 | Tue 21 | Wed 22 | Thu 23 | Fri 24 | Sat 25 | Sun 26 | Mon 27 | Tue 28 | Wed 29 | Thu 30 | Fri 1 | Sat 2 | Sun 3 | Mon 4 | Tue 5 | Wed 6 | Thu 7 | Fri 8 | Sat 9 | Sun 10 | Mon 11 | Tue 12 | Wed 13 | Thu 14 | Fri 15 | Sat 16 | Sun 17 | Mon 18 | Tue 19 | Wed 20 | Thu 21 | Fri 22 | Sat 23 | Sun 24 | Mon 25 | Tue 26 | Wed 27 | Thu 28 | Fri 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gold stei n S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### Jul-22 / Aug-22 / Sep-22

| | Sat 30 | Sun 31 | Mon 1 | Tue 2 | Wed 3 | Thu 4 | Fri 5 | Sat 6 | Sun 7 | Mon 8 | Tue 9 | Wed 10 | Thu 11 | Fri 12 | Sat 13 | Sun 14 | Mon 15 | Tue 16 | Wed 17 | Thu 18 | Fri 19 | Sat 20 | Sun 21 | Mon 22 | Tue 23 | Wed 24 | Thu 25 | Fri 26 | Sat 27 | Sun 28 | Mon 29 | Tue 30 | Wed 31 | Thu 1 | Fri 2 | Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gold stei n S | | | | | | | | | | | | | | | VAC | VAC | | | | | | VAC | VAC | | | | | | | | | | | | | | | | | | | |

D008218

Montefiore Medical Center - Anesthesiology

| | | | | | | Sep-22 | | | | | | | | | | | | | | | | | | Oct-22 | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| Goldstein S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | Oct-22 | | | | | | | | | | | | | | | | | | | | | Nov-22 | | | | | | | | | | | | | | | | | | | | | | Dec-22 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri |
| | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 1 | 2 |
| Goldstein S | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | Dec-22 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Mon | Tue | Wed | Thu | Fri | Sat |
| | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Goldstein S | | | | | | | | | | | | | | | | | | | | | | | WORa WORp | | | | | | |