UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELDON GOLDSTEIN,

                        Plaintiff,

  -against-

MONTEFIORE MEDICAL CENTER, et al.,

                        Defendant.

CIVIL ACTION NO.: 22 Civ. 06723

(AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

On November 21, 2024 (ECF 64), Judge Analisa Torres amended the referral in this action to include Defendants' anticipated motion for summary judgment. On December 18, 2024, Defendants moved for summary judgment (*see* ECF 66-71), Plaintiff filed his opposition on January 31, 2025 (*see* ECF 72-75), and Defendants replied on February 28, 2025 (ECF 76).

On March 6, 2025, after the summary judgment motion was fully briefed, Defendants filed a letter-motion (ECF 77) seeking leave to file a *Daubert* motion to preclude the report, testimony, and opinions offered by Plaintiff's expert (the "*Daubert* Motion"). On March 14, 2025, Defendants filed the *Daubert* Motion (*see* ECF 79-81), and on March 17, 2025 (ECF 82), I was referred that motion. Accordingly, I will hold in abeyance the report and recommendation on Defendants' summary judgment motion until I decide the *Daubert* Motion.

The Clerk of Court is respectfully directed to terminate the motion at ECF 66.

Dated:      New York, New York
             August 1, 2025

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE