**Littler**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/15/2026

Melissa Friedland
212.497.8498 direct
212.583.9600 main
mfriedland@littler.com

May 14, 2026

***VIA ECF***

Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  ***Sheldon Goldstein v. Montefiore Medical Center, and Matthias Eikermann, 22-cv-06723 (AT)***

Dear Judge Torres:

We represent Defendants Montefiore Medical Center and Matthias Eikermann in the above-reference litigation.  We write, pursuant to Rule I (C) of your Honor's Individual Rules of Practice in Civil Cases, to request an extension of time to submit Defendants' Objections to Magistrate Judge Tarnofsky's Report & Recommendation (ECF 87), which is currently due May 19, 2026.  The request is made due to counsel's conflicting litigation obligations, including mediations, ongoing discovery obligations and deadlines in other matters which have impacted counsel's ability to complete the Objections by the current deadlines.

Plaintiff's counsel consents to the request for additional time for the filing of Defendants' Objections and Plaintiff's Response to Objections. The parties further respectfully propose the following revised briefing schedule:

- Defendants' Objections to the Report and Recommendation: June 2, 2026
- Plaintiff's Response to Objections: June 30, 2026

This is the first request for an extension to these deadlines, and the requested extension will not prejudice any party.

Thank you for your consideration.

Sincerely,

*By: /s/ Melissa Friedland*
    Melissa Friedland

cc:    Magistrate Judge Robyn F. Tarnofsky
       ALL COUNSEL OF RECORD

GRANTED.

SO ORDERED.

Dated:  May 15, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge

littler.com